**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Randy Wayne Herzog,                )
                                   )
                Petitioner,        )      No. CV-08-1801-PHX-PGR (DKD)
                                   )
        vs.                        )
                                   )
Charles L. Ryan, et al.,           )                ORDER
                                   )
                Respondents.       )

        Having reviewed *de novo* the Report and Recommendation of Magistrate

Judge Duncan notwithstanding that no party has filed any objections to the

Report and Recommendation, the Court finds that the Magistrate Judge correctly

concluded that all of the petitioner's claims set forth in his habeas corpus petition,

filed pursuant to 28 U.S.C. § 2254, should be denied as legally meritless.

Therefore,

        IT IS ORDERED that the Magistrate Judge's Report and Recommendation

(doc. 24) is accepted and adopted by the Court.

        IT IS FURTHER ORDERED that the petitioner's Petition Under 28 U.S.C.

§ 2254 for a Writ of Habeas Corpus by a Person in State Custody is denied and

that this action is dismissed with prejudice.  The Clerk of the Court shall enter

judgment accordingly.

IT IS FURTHER ORDERED that no certificate of appealability shall issue.

DATED this 14th day of July, 2010.

Paul G. Rosenblatt
United States District Judge